**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00557-CR

**BLAKE AARON LAWSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80093-2014**

## ORDER

The Court **GRANTS** court reporter Antoinette Varela's May 27, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Varela to file the complete reporter's record, including all exhibits, within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Antoinette Varela, court reporter, County Court at Law No. 5, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE